UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: **CHRISTIAN DANNY DIAZ** CASE NO. **15-12068-BKC-RAM**
Last four digits of SS No. 2916

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

**A. $150.00** for months **1** to **60**, beginning **March 3, 2015**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $5,000.00; Paid Fees: $2,530.00; Balance Due: $2,470.00; payable $130.00/mo. (Mos. 1 to 19)

**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**1. GRAND PRIX CHEVROLET** - The account with this creditor for the 2015 Chevrolet Silverado will be treated outside the Chapter 13 Plan.

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $5.00/mo. (Mos. 1 to 19) & $135.00/mo. (Mos. 20 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS: SETERUS (1st Mtg Father's Homestead Prop. Acct #4608 - 15633 SW 43 Lane, Miami, FL 33185) and US CENTURY BANK (2nd Mtg Father's Homestead Prop. Acct #0189 - 15633 SW 43 Lane, Miami, FL 33185)** - The accounts with these creditors will be treated outside the Chapter 13 Plan.

Dated: February 17, 2015

                                       Law Offices of Michael J. Brooks,
                                       Michael A. Frank,
                                       & Rodolfo De La Guardia
                                       Attorneys for Debtor(s)
                                       10 N.W. LeJeune Road, Suite 620
                                       Miami, FL  33126-5431
                                       **(305) 443-4217**
                                       Pleadings@bkclawmiami.com


                                       By /s/_____
                                            Michael J. Brooks
                                            Florida Bar No. 434442

LF-31 (rev. 01/08/10)