UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.   15-12068-BKC-RAM

CHAPTER 13

IN RE:
CHRISTIAN DANNY DIAZ
    Debtor
_____/

## DEBTOR'S MOTION TO PAYOFF CHAPTER 13 BANKRUPTCY EARLY

The Debtor, CHRISTIAN DANNY DIAZ, by and through his undersigned attorney, requests this Honorable Court to grant an Order allowing the Debtor to payoff the bankruptcy early and states:

1.   The Debtor filed his Chapter 13 Bankruptcy Petition on February 3, 2015.

2.   The Debtor has a change in circumstances.  The Debtor lost his job over a year ago and his now income is significantly less.  Attached to this Motion is a letter from his father who is paying off the remainder of the plan and the Debtor's 2015 tax return.

WHEREFORE, the Debtor requests from this Honorable Court to enter an Order allowing the Debtor to payoff his Chapter 13 Bankruptcy.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Subject Motion (if not previously served) was sent by e-mail to Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com, and all others set forth in the NEF, this 5th day of July 2016 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to all creditors.

    Law Offices of Michael J. Brooks, Michael A. Frank
      & Rodolfo H. De La Guardia, Jr.
    Attorneys for the Debtors
    Suite 620 • Union Planters Bank Building
    10 Northwest LeJeune Road
    Miami, FL 33126-5431
    Telephone (305) 443-4217
    Email- Pleadings@bkclawmiami.com

By:   /s/ Michael J. Brooks
    Michael J. Brooks
    Florida Bar No. 434442