6/21/16

Mr. Michael A. Franks,

My son Christian Diaz has asked me for my help, as I have been giving him a helping hand this past year.

I have agreed to pay on his behalf the remaining balance of $6,750.

As I believe this would help him get back on his own two feet.

Thank you,

*[signature]*

Jose R. Diaz